■ ESTHER HYMAN et al., Respondents, v TIMES SQUARE STORES et al., Appellants. — In a negligence and breach of warranty action to recover damages for personal injuries, etc., defendants appeal from so much of an order of the Supreme Court, Suffolk County (Jaspan, J.), dated May 24, 1982, as directed them to appear for an examination before trial. Order affirmed, insofar as appealed from, with $50 costs and disbursements (see *Cooper v Swallow,* 55 AD2d 752, and the cases cited therein). Mangano, J. P., Gulotta, Bracken and Niehoff, JJ., concur.

■ SHEPARD MELZER et al., Appellants, v ARTHUR ROBBINS et al., Respondents. — In an action for a permanent injunction enjoining defendants from erecting a fence or otherwise trespassing on real property claimed by both parties, plaintiffs appeal from an order of the Supreme Court, Nassau County (Robbins, J.), entered October 21, 1981, which denied their motion for summary judgment. Order reversed, on the law, with $50 costs and disbursements, and plaintiffs' motion for summary judgment is granted. Defendants have failed to raise a triable issue of fact with respect to plaintiffs' adverse possession claim. (CPLR 3212; see RPAPL 522; *Belotti v Bickhardt,* 228 NY 296; *McCosker v Rollie Estates,* 7 AD2d 865; *Bassett v Nichols,* 26 AD2d 569.) Gibbons, J. P., O'Connor, Weinstein and Brown, JJ., concur.